**SIGNED.**

Dated: April 21, 2010



_____
**JAMES M. MARLAR**
**Chief Bankruptcy Judge**
_____

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

In re:                                         ) Chapter 11
                                               )
MURPHY RAY KITTRELL, JR.,                      ) No. 4:09-bk-08537-JMM
                                               )
                           Debtor.             ) **MEMORANDUM DECISION**

A hearing on confirmation of the Debtor's Second Amended Plan of reorganization (DN 222) came before the court on April 19, 2010. Appearances were noted on the record. After evidence was introduced, the court took the matter under advisement. Now, after receiving the entire record in this case, the court rules.

## BACKGROUND

The Debtor filed for Chapter 11 reorganization on April 27, 2009. Schedules were filed May 13, 2009 (DN 17), and reflected ownership of a number of real estate properties, which were liened to several different creditors. In his unsecured creditor list, numerous credit card obligations made up the bulk of his unsecured debts.

In his court filings and operating reports, the Debtor listed his occupation as a real estate developer and landlord.

The case was dismissed on August 14, 2009, for failure to pay the filing fee, but was reinstated the same day, when the fee was paid (DN 76, 78, 79).

# **STAY RELIEF**

Throughout this case, stay relief orders or stipulations have either eliminated properties, or the parties have reached agreement on their treatment under a plan. The following chart summarizes that status:

| Secured Creditor | Debt | Property | Motion | Disposition | Docket | Comment |
|---|---|---|---|---|---|---|
| M&I Marshall & Isley | $342,560.77 | 10333 N. Coyote Lane, Tucson | Stay Relief | Stay lifted | 21, 115 | |
| M&I Marshall & Isley | $825,681.96 | Parcel 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, Scottsdale | Stay Relief | Stay lifted | 23, 115 | |
| American General Home Equity | $50,189.00 | 2003 Aston Martin Coupe Automobile | Stay Relief | Stipulation to keep payments current or stay lifted | 29, 60, 102, 112 | |
| Wells Fargo | $601,930.43 | 2131 and 2135 N. DustyLane, Tucson | Stay Relief | Stipulation for payment of modified debt | 33, 92, 127, 267, 269, 273 | Agreement part of plan |
| James Valerio | -- | State Court Action Re: Trespass (Lot 259, Scottsdale) | Stay Relief | Stay lifted | 51, 141 | |
| Vantage West Credit Union | $12,199.09 | 2009 BMW Automobile | Stay Relief | Keep payments current or stay lifted | 63, 99, 260, 261, 262, 263 | Vehicle repossessed on 04/14/2010 |
| Advanced Capital Mortgage | _____ | Lot 137, Skyline Country Club Estates, Tucson | Debtor's Motion to Set Aside Sale | Stay annulled | 68, 106, 118, 128, 137, 138, 163 | Foreclosed |
| American General Home Equity (EFG Mortgage Acquisition) | $3,850,000.00 | 26931 N. 103rd St., Scottsdale | Stay Relief | Stay lifted | 75, 111, 113, 115, 140 | |
| Deutsche Bank | $263,074.91 | 7557 E. Desert Anchor Blvd., Tucson | Stay Relief | Stipulation for payment and debt modification | 133, 180, 181, 235, 245 | Agreement part of plan |

| | | | | | | |
|---|---|---|---|---|---|---|
| U.S. Bank | $148,871.72 | 851 Independence Ave., Tucson | Stay Relief | Hearing set for 04/19/2010 | 154, 192 | |
| America's Wholesale Lender | $195,000.00 | 3530 W. Massingale Rd., Tucson | Stipulation | Stipulation for payment and debt modification | 233, 243 | Agreement part of plan |
| America's Wholesale Lender | $175,000.00 | 10640 E. Elkridge Place, Tucson | Stipulation | Stipulation for payment of arrearages over 60 months | 234, 244 | Debtor's residence. Agreement part of plan. |
| Wells Fargo | $275,000.00 | 10999 E. Escalante, Tucson | Stipulation | Stipulation for payment and debt modification | 266, 272 | Agreement part of plan |

## **PREVIOUS DISCLOSURE STATEMENT AND PLAN**

On August 28, 2009, the Debtor filed a disclosure statement and plan (DN 101). The disclosure statement was approved on November 23, 2009 (DN 182).

Then, the Debtor filed his First Amended Plan and First Amended Disclosure Statement dated December 8, 2009 (DN 188, 189). These were approved and moved to confirmation hearing on January 28, 2010 (DN 190). That hearing was continued to February 24, 2010 (DN 214). The Debtor's plan drew numerous objections, as well as rejecting votes.

Then, on February 22, 2010, the Debtor filed a Second Amended Plan (DN 222).

On February 24, 2010, the Debtor failed to present any evidence in support of his plan and amended plans, and the court denied confirmation on that basis (DN 225).

## **CURRENT PLAN**

With this background, the Debtor moved toward confirmation of the Second Amended Plan filed on February 22, 2010 (DN 222). By now, numerous properties had the stays lifted, but, at the same time, the Debtor had worked out several stipulations with secured creditors.

The February 22, 2010 plan classified the Debtor's creditors in the following way:

3

| Class | Type | Property | Treatment |
|---|---|---|---|
| 1 | Administrative | n/a | If any, paid 30 days after confirmation |
| 2 | Priority | n/a | None, n/a |
| 3 | Pima County Taxes | 10999 E. Escalante | Paid semi-annually, at 16% interest, over 5 years. Paid off if sold earlier or refinanced. Retain lien. |
| 4 | Countrywide Financial/Bank of America | 10999 E. Escalante | $275,000 secured claim; paid at 5.75% interest only, paid monthly. Balloon at 30 years. Paid in full upon sale or refinance. Retain lien. |
| 5 | Pima County Taxes | 7557 E. Desert Anchor Blvd. | Paid semi-annually, at 16% interest, over 5 years. Paid off if sold earlier or refinanced. Retain lien. |
| 6 | Deutsche Bank | 7557 E. Desert Anchor Blvd. | $263,074.91 principal amortized over 30 years; paid at $1,642.56 per month. 5% interest. Payments begin 12/01/2009. Retain lien. |
| 7 | Pima County Taxes | 2131 N. Dusty Lane | Paid semi-annually, at 16% interest, over 5 years. Paid off if sold earlier or refinanced. Retain lien. |
| 8 | American Home Mortgage | 2131 N. Dusty Lane | $325,000 principal at 5% per annum. Interest only payments for 5 years, then balloon. Default interest reduced to 10%. Retain lien. |
| 9 | Pima County Taxes | 2135 N. Dusty Lane | Paid semi-annually, at 16% interest, over 5 years. Paid off if sold earlier or refinanced. Retain lien. |
| 10 | American Home Mortgage/ Wells Fargo | 2135 N. Dusty Lane | $325,000 principal at 5% per annum. Interest only payments for 5 years, then balloon. Default interest reduced to 10%. Retain lien. |
| 11 | Pima County Taxes | 3530 W. Massingale | Paid semi-annually, at 16% interest, over 5 years. Paid off if sold earlier or refinanced. Retain lien. |
| 12 | Countrywide Financial / Bank of America | 3530 W. Massingale | $195,000 principal, paid interest only, monthly, at 5% per annum. 30-year term, when principal due and payable. Retain lien. |
| 13 | Pima County Taxes | 10640 E. Elkridge Place | Paid semi-annually, at 16% interest, over 5 years. Paid off if sold earlier or refinanced. Retain lien. |
| 14 | Countrywide Financial / Bank of America | 10640 E. Elkridge Place | $176,000 principal paid in accordance with terms. Past due payments will be paid per agreement (agreement not yet disclosed). Retain lien. |
| 15 | Pima County Taxes | 851 N. Independence Ave. | Paid semi-annually, at 16% interest, over 5 years. Paid off if sold earlier or refinanced. Retain lien. |
| 16 | Countrywide Financial / Bank of America | 851 N. Independence Ave. | $175,000 principal. Interest at 7.5% per annum. Principal and interest reamortized over 30 years. Monthly payments of $1,216.03. Retain lien. |
| 17 | Pima County Taxes | 4660 S. Bayport Dr. | Paid semi-annually, at 16% interest, over 5 years. Paid off if sold earlier or refinanced. Retain lien. |

| 18 | Countrywide Financial / Bank of America | 4660 S. Bayport Dr. | $125,000 principal. 5% interest per annum. Interest only monthly payments, with balloon in 5 years. Retain lien. |
|---|---|---|---|
| 19 | Stephanie Kyle | 4660 S. Bayport Dr. | $30,000 principal; Interest at 5% per annum. Interest only payments for 5 years, then balloon. Retain lien. |
| 20 | American General | Aston Martin automobile | $46,000 principal. 14.99% interest. $1,000 per month until paid in full. Retain lien. |
| 21 | Tucson Federal Credit Union | 911 Porsche automobile | $48,959.80 principal; 6.99% interest. $1,000 per month until paid in full. Retain lien. |
| 22 | All unsecured creditors on all real estate properties listed above | All real estate with deficiency claims | Undersecured, unsecured portion paid at 3.5% per annum interest, at earlier of 5-year anniversary or sale. |
| 23 | General unsecured claims | n/a | Paid 100% of allowed claims, at 3.5% in 4 equal annual instalments. First payment shall be due one year after effective date of plan (13 months after confirmation). |
| 24 | M&I Bank unsecured claim | n/a | $429,955.73 deficiency. Paid monthly with 3.5% interest ($1,254.04) for 5 years, then balloon. |
| 25 | Debtor's interests | -- | Retained |

(DN 239.)

On March 22, 2010, the same day that the Debtor filed his second Second Amended Plan (DN 239) he also filed a pleading entitled "Non-Adverse Modifications to Debtor's Second Amended Chapter 11 Plan" (DN 240). The document advised of revisions to the treatment of certain creditors, based upon agreements reached or those who had voted in favor of the plan. The court has now combed the administrative file to ascertain if any such agreements exist. Attached was a copy of the February 22, 2010 Second Amended Plan, with strikeouts and other changes, which attempted to bring current the latest agreements (DN 240).

5

# THE CONFIRMATION HEARING

At the confirmation hearing, held on April 19, 2010, the Debtor filed his Amended Ballot Report (DN 277), attaching ballots. The court has reviewed those ballots, we well as the stipulations and agreements previously filed, and certifies the report as follows:

| Class | Type | Ballot | Treatment |
|---|---|---|---|
| 1 | Administrative | n/a | If any, paid shortly after confirmation |
| 2 | Priority | None, n/a | IRS withdrew its objection, noting that all tax returns are current and no taxes are owed pre-petition. |
| 3 | Pima County Taxes-10999 E. Escalante | Accepts | Claim paid at 16% interest, over 5 years, unless earlier sold or refinanced. Semi-annual payments. |
| 4 | Countrywide Financial/Bank of America/Wells Fargo-10999 E. Escalante | Accepts | $275,000 re-amortized debt. Paid over 30 years at 5.75% interest only. All due on sale or refinance (per stipulation dated 02/23/10) (DN 266, 272). Retain lien. |
| 5 | Pima County Taxes-7557 E. Desert Anchor Blvd. | Accepts | Claim paid at 16% interest, over 5 years, unless earlier sold or refinanced. Semi-annual payments. |
| 6 | Deutsche Bank-7557 E. Desert Anchor Blvd. | Accepts | Per stipulation (DN 245), re-amortized principal of $263,074.91. Amortized over 30 years at 5% interest. Monthly principal and interest payments. Retain lien. |
| 7 | Pima County Taxes-2131 N. Dusty Lane | Accepts | Claim paid at 16% interest, over 5 years, unless earlier sold or refinanced. Semi-annual payments. |
| 8 | American Home Mortgage/Wells Fargo-2131 N. Dusty Lane | Accepts | Per stipulation filed o/a 04/16/10 (DN 267, 273), the treatment is $401,000 principal with 30 year amortization at 5% interest. Monthly principal and interest payments. Retain lien. |
| 9 | Pima County Taxes-2135 N. Dusty Lane | Accepts | Claim paid at 16% interest, over 5 years, unless earlier sold or refinanced. Semi-annual payments. |
| 10 | American Home Mortgage/ Wells Fargo-2135 N. Dusty Lane | Accepts | Per stipulation filed o/a 04/16/10 (DN 269, 274), the treatment is $325,000 principal amortized over 30 years at 5% interest. Retain lien. |

| | | | |
|---|---|---|---|
| 11 | Pima County Taxes-3530 W. Massingale | Accepts | Claim paid at 16% interest, over 5 years, unless earlier sold or refinanced. Semi-annual payments. |
| 12 | Countrywide Financial / Bank of America / America's Wholesale Lender-3530 W. Massingale | Accepts | Per stipulation (DN 243) $195,000 principal, re-amortized at 5% for 30-years. Payable monthly. Retain lien. |
| 13 | Pima County Taxes-10640 E. Elkridge Place | Accepts | Claim paid at 16% interest, over 5 years, unless earlier sold or refinanced. Semi-annual payments. |
| 14 | Countrywide Financial / Bank of America / America's Wholesale Lender-10640 E. Elkridge Place | Accepts | Per stipulation (DN 244), regular payments maintained per original agreement. Arrearages paid over 60 months. Retain lien. Debtor's residence. |
| 15 | Pima County Taxes-851 N. Independence Ave. | Accepts | Claim paid at 16% interest, over 5 years, unless earlier sold or refinanced. Semi-annual payments. |
| 16 | Countrywide Financial / Bank of America-851 N. Independence Ave. | Accepts | $175,000 principal. Interest at 7.5% per annum. Amortized over 30 years. Monthly payments of $1,216.03. Retain lien. |
| 17 | Pima County Taxes-4660 S. Bayport Dr. | Accepts | Claim paid at 16% interest, over 5 years, unless earlier sold or refinanced. Semi-annual payments. |
| 18 | Countrywide Financial / Bank of America-4660 S. Bayport Dr. | No vote cast. | $125,000 principal. Interest only for 5 years at 5% per annum. Then balloon. Retain lien. |
| 19 | Stephanie Kyle-4660 S. Bayport Dr. | Accepts | $30,000 principal repaid at 5% interest only for 5 years. Then balloon and all due. Retain lien. |
| 20 | American General-Aston Martin automobile | Accepts | $46,000 principal. 14.99% interest. Payments at $1,000 per month from 09/7/09, until paid in full. Retain lien. |
| 21 | Tucson Federal Credit Union-911 Porsche automobile | No vote cast. | $48,959.80 principal; 6.99% interest. $1,000 monthly until paid. Retain lien. |

| 22 | All undersecured creditors on all real estate properties listed above-All real estate with deficiency claims | Debtor notes "accepts," but court could not locate ballots. | Paid at 3.5% per annum interest, at earlier of 5-year anniversary or sale. |
|---|---|---|---|
| 23 | General unsecured claims | Rejects | Paid 100% of allowed claims, at 3.5% in 4 equal annual instalments. First payment due one year after effective date. |
| 24 | M&I Bank unsecured claim | Accepts | Deficiency claim of $429,955.73 allowed. Paid at 3.5% interest for 5 years at $1,254.04 per month, then balloon. |
| 25 | Debtor's interests | No vote cast. | Retain interests |

(DN 277.) The Internal Revenue Service withdrew its objection, as there are no outstanding pre-petition taxes owed (DN 217).

As for Class 18, Countrywide Financial/Bank of America/America's Wholesale Lender, the court notes that, with regard to the last effort to confirm, that creditor voted to accept the plan. (Mr. O'Meara signed the ballot on February 23, 2010.) The court will assume, unless a motion is brought to alter this decision, that such vote may be carried forward to the current plan. This creditor voted to accept the plan.

As for the Class 21 creditor secured by the Porsche, Tucson Federal Credit Union, the court finds that the treatment fairly and equitably treats this secured lender. 11 U.S.C. § 1129(b)(2)(a)(i). Class No. 21 has been accorded proper treatment, and a confirmed plan shall bind it.

As for Class 22 undersecured (unsecured) deficiency claims, the court finds their treatment to be fair and equitable. § 1129(b)(2)(B)(i).

The following creditors, on the properties listed below, retook their collateral, or made arrangements outside the plan. Therefore, the plan provides for no treatment for them (except for Class 24, M&I Marshall & Isley Bank)::

| **Creditor** | **Collateral** | **Disposition** |
|---|---|---|
| M&I Marshall & Isley Bank | • 10333 N. Coyote Lane<br>• Parcel 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 | Foreclosed |
| James Valerio | Lot 259, Scottsdale | Stay lifted to enforce state law claim |
| Vantage West Credit Union | 2000 BMW | Agreement to keep payments current. No stay in effect |
| Advanced Capital Mortgage | Lot 137, Skyline Country Club Estates | Foreclosed |
| EFG Mortgage Acquisition | 26931 N. 103rd St., Scottsdale | Foreclosed |

One odd ballot was filed. Deeming itself a "Class 7" creditor, Desert Anchor Homeowners Associated filed an accepting ballot in the amount of $2,245.63. The Debtor did not separately classify this creditor, which would typically be in a secured class by itself. The court assumes that this is the homeowners association related to the property at 7557 E. Desert Anchor Blvd. Unless advised to the contrary, the court will assume that agreements have been reached with such creditor, outside the plan.

All previous pending objections to the Debtor's plan were either withdrawn or mooted out by superceding stipulations.

## **CONCLUSION**

The Debtor's Second Amended Plan shall be CONFIRMED.

The stay relief hearings trailing the calendar will be DENIED, as moot.

Any outstanding fees due to the U.S. Trustee shall be brought current within 30 days of entry of the confirmation order, or, upon motion of the U.S. Trustee, the confirmation order may be subject to being set aside. The court retains jurisdiction for said purpose.

A separate order will be entered. FED. R. BANKR. P. 9021. Any party aggrieved by the order must appeal within 14 days after its entry on the docket.

DATED AND SIGNED ABOVE.

| | |
|---|---|
| 1 | COPIES to be sent by the Bankruptcy Notification Center ("BNC") to the following: |
| 2 | |
| 3 | Murphy Ray Kittrell, Jr., Debtor |
| 4 | Mark Bosco and Leonard McDonald |
| 5 | Howard Chorost, Attorney for Vantage West |
| 6 | Gerald O'Meara, Attorney for Deutsche Bank |
| 7 | Eugene O'Connor, Attorney for M&I Marshall & Ilsley Bank |
| 8 | Thomas Tilton, Attorney for American General Home Equity |
| 9 | Walter F. Wood, Attorney for Advanced Capital |
| 10 | Patrick Van Zane, Attorney for James Valerio |
| 11 | Pamela LaBruyere, Attorney for EFG Mortgage |
| 12 | Casadrai Makkabi, Attorney for BAC Home Loans Servicing |
| 13 | Kevin Hahn, Attorney for Wells Fargo |
| 14 | Elizabeth Wilson, Office of the U.S. Attorney |
| 15 | Denise Faulk, Office of the Arizona Attorney General |
| 16 | German Yusufov, Office of the Pima County Attorney |
| 17 | Andrew Goldberg, Attorney for U.S. Bank |
| 18 | Office of the U.S. Trustee |